BEFORE THE SECOND DIVISION, DECEMBER 18, 1963

**No. 68177.**—Rohde & Schwarz Sales Co., Inc., and Yokogawa Electric Works, Inc. *v.* United States, protests 62/15477 and 61/17023 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of instruments, designed to measure the amperage of electricity, not wattage, similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.